UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Earl William Barry, Sr.  
Pamela Kay Barry

Case No.: 23-18864 (RG)

Chapter: 7

Judge:   Rosemary Gambardella

## NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, Chapter 7 Trustee in this case, proposes to abandon Property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> United States Bankruptcy Court
> MLK Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on January 9, 2024, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3E. If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real property located at 1318 Wells St., Burton, MI, having a fair market value of $27,000.00.

> Liens on property:
>
> Fay Servicing LLC
> $15,189.00

> Amount of equity claimed as exempt:  $11,811.00

Objections must be served on, and requests for additional information directed to:

*/s/Charles M. Forman*  
Charles M. Forman, Trustee  
Forman Holt, 365 W. Passaic Street, Suite 400, Rochelle Park, New Jersey 07662  
Tel: (201) 845-1000  
Email:cforman@formanlaw.com

F0038623 - 1