UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Earl William Barry, Sr.  
       Pamela Kay Barry

Case No.: 23-18864 (RG)

Chapter: 7

Judge: Rosemary Gambardella

## NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, Chapter 7 Trustee in this case, proposes to abandon Property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> United States Bankruptcy Court
> MLK Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on January 9, 2024, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3E. If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real property located at 1318 Wells St., Burton, MI, having a fair market value of $27,000.00.

> Liens on property:
> Fay Servicing LLC
> $15,189.00

> Amount of equity claimed as exempt: $11,811.00

Objections must be served on, and requests for additional information directed to:

*/s/Charles M. Forman*  
Charles M. Forman, Trustee  
Forman Holt, 365 W. Passaic Street, Suite 400, Rochelle Park, New Jersey 07662  
Tel: (201) 845-1000  
Email: cforman@formanlaw.com

F0038623 - 1

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-18864-RG
Earl William Barry, Sr.  Chapter 7
Pamela Kay Barry
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3
Date Rcvd: Dec 08, 2023      Form ID: pdf905      Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Earl William Barry, Sr., Pamela Kay Barry, 702 Maywood Ave, Maywood, NJ 07607-1545 |
| 520049232 | + | City of Burton, 4303 S Center Rd, Burton, MI 48519-1497 |
| 520049234 | | County of Genesee, 1101 Beach St, Flint, MI 48502-1428 |
| 520049241 | | Michigan Attorney General, 525 W Ottawa St, Lansing, MI 48933-1067 |
| 520049244 | | Rebecca Lynn Barry, 1318 Wells St, Burton, MI 48529-1246 |
| 520049245 | | State of New Jersey, Division of Taxation, 50 Barrack St, Trenton, NJ 08608-2006 |
| 520049246 | | State of New Jersey, Office of the Attorney General, 25 Market St, Trenton, NJ 08611-2148 |
| 520049248 | | U.S. Attorney, District of N.J., Rodino Federal Building, 970 Broad St Rm 502, Newark, NJ 07102-2534 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 08 2023 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 08 2023 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 08 2023 21:02:08 | Ally Bank Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 520053144 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 08 2023 21:02:29 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520049227 | | Email/Text: ally@ebn.phinsolutions.com | Dec 08 2023 20:49:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 520049228 | | Email/Text: BarclaysBankDelaware@tsico.com | Dec 08 2023 20:50:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 520049229 | + | Email/Text: bnc-aquafinance@quantum3group.com | Dec 08 2023 20:50:00 | Bay Finance Company LLC, Attn: Bankruptcy, 1 Corporate Dr, Wausau, WI 54401-1724 |
| 520049230 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 08 2023 21:02:27 | Capital One Financial Corp., Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 520049231 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 08 2023 21:02:30 | Citibank N.A., Mail Code 451, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520049233 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 08 2023 20:50:00 | Comenity Capital Bank, Attn: Bankruptcy, 12921 S Vista Station Blvd, Draper, UT 84020-2377 |
| 520049235 | | Email/Text: ECF@fayservicing.com | Dec 08 2023 20:49:00 | Fay Servicing, LLC, Attn: Bankruptcy, 1601 Lyndon B Johnson Fwy, Farmers Brnch, TX 75234-6512 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 08, 2023 | Form ID: pdf905 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| 520049236 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 08 2023 20:49:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 520049238 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 08 2023 20:50:00 | GM Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 520049237 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 08 2023 20:50:00 | Genesis FS Card, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 520049239 | + | Email/Text: bankruptcy@huntington.com | Dec 08 2023 20:50:00 | Huntington Bank, Attn: Bankruptcy 41 S High St, Columbus, OH 43215-3406 |
| 520049240 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 08 2023 20:50:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520049242 | | Email/Text: MarcsBankruptcyUnit@michigan.gov | Dec 08 2023 20:50:00 | Michigan Department of Treasury, Collection/Bankruptcy Unit, Po Box 30168, Lansing, MI 48909-7668 |
| 520049243 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 08 2023 21:02:33 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520049247 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 08 2023 21:02:26 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1259 |
| 520049249 | ^ | MEBN | Dec 08 2023 20:46:28 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles M. Forman | cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Michael I. Assad | on behalf of Joint Debtor Pamela Kay Barry mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 08, 2023 | Form ID: pdf905 | Total Noticed: 28 |

@nalabean.gg

Michael I. Assad

on behalf of Debtor Earl William Barry Sr. mail@cibiklaw.com, cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5